[Dodefmap] [Adversary Order Abating Motion for Deficiencies]

ORDERED.

**Dated: September 13, 2019**

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19−bk−06943−CPM |
| Villa Bellini Ristorante & Lounge, Inc. | Chapter 11 |
| _____Debtor*_____ / | |

Villa Bellini Ristorante & Lounge, Inc.

    Plaintiff*

                                           Adv. Pro. No. 8:19−ap−00406−CPM

vs.

Ciro Mancini

    _____Defendant*_____ /

***ORDER ABATING Motion to Dismiss Adversary Proceeding***

    THIS CASE came on for consideration, without hearing, of the Motion to Dismiss Adversary Proceeding (the "Motion ") (Doc. No. 5 ) filed by Defendant Ciro Mancini . After review, the Court determines that the Motion is deficient as follows:

    Negative notice is not included as required by Local Rule 7001−1(k).

    Accordingly, it is

    ***ORDERED:***

Consideration of the Motion to Dismiss Adversary Proceeding is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.